**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7896**

———————

RICARDO BROWN,

                                    Petitioner - Appellant,

        versus

ARTHUR F. BEELER, Warden, F.M.C. Butner, North
Carolina,

                                    Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge.  (CA-02-HC-545-5-H)

———————

Submitted:  March 20, 2003        Decided:  March 27, 2003

———————

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ricardo Brown, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ricardo Brown, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we deny Brown's motions for a writ of habeas corpus and oral argument, and affirm the dismissal of his petition for the reasons stated by the district court. See Brown v. Beeler, No. CA-02-HC-545-5-H (E.D.N.C., filed Sept. 11, 2002; entered Sept. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED